UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>     v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>              Defendant. | CASE NO. 2:21-cv-01344-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED EXTENSION OF JSR DEADLINE** |

Having considered the parties' Stipulation to Extend the Joint Status Report and Discovery Plan deadline set in the Notice of Scheduling Conference (Dkt. 8), and for good cause shown, it is **ORDERED** that the parties' Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) is due on **January 14, 2022**.

DATED this 4th day of January, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED
EXTENSION OF JSR DEADLINE - 1