UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>                    Defendant. | CASE NO. 2:21-cv-01344-RAJ-BAT<br><br>**ORDER GRANTING MOTION TO STAY** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Defendant Zurich American Insurance Company's Motion to Stay (Dkt. 16) is **GRANTED**. This matter is stayed pending resolution of the underlying state court litigation *Wiiest v. Tafa*, King County Superior Court No. 19-2-09344-7SEA and the parties are **ORDERED** to file a joint status report apprising the Court of the need to continue the stay no later than 14 days from the date the underlying litigation concludes.

ORDER GRANTING MOTION TO STAY - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 12th day of May, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO STAY - 2