Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| THE CHARTER OAK FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation,<br><br>　　　　Defendant | No. 2:21-cv-01344-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE DEADLINES FOR CROSS-MOTIONS RELATED TO THE DUTY TO DEFEND** |
|---|---|

　　Having considered the Parties' Stipulated Motion to Extend Briefing Schedule Deadlines for Cross Motions Related to the Duty to Defend (Dkt. 44), as well as the records and pleadings already on file, it is hereby ORDERED that the following proposed deadlines are **GRANTED**:

| Event | Deadline |
|---|---|
| Cross motions filing deadline | May 17, 2023 |
| Responses due | June 12, 2023 |
| Noting Date | June 16, 2023 |

Dated this 10th day of May, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

LETHER LAW GROUP

*s/ Thomas Lether*
Thomas Lether, WSBA #18089
Jensen Merrill, WSBA #57180
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
jmerrill@letherlaw.com
*Attorneys for Plaintiff Charter Oak Fire Insurance Company*


KARR TUTTLE CAMPBELL

*s/ Robert A. Radcliffe*
Robert A. Radcliffe, WSBA #19035
rradcliffe@karrtuttle.com
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
(206) 223-1313
*Attorney for Defendant Zurich American Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

Jacquelyn A. Beatty, WBSA#17567
Barbara J. Brady, WBSA #20459
Robert A. Radcliffe, WSBA #17567
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
206-223-1313
jbeatty@karrtuttle.com
bbrady@karrtuttle.com
rradcliffe@karrtuttle.com
 ksagawinia@karrtuttle.com
*Counsel for Zurich American Insurance Company*

**By:**       [ ] **First Class Mail**       [X] **Email**       [ ] **Legal Messenger**

DATED this 9th day of May, 2023 at Seattle, Washington.

*s/ Nico Schulz*
Nico Schulz | Paralegal