UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:21-cv-01344-RAJ-BAT<br><br>**ORDER ON CROSS-MOTIONS** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Defendant's objections (Dkt. 57), and the remaining record, the Court finds as follows:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This Court **MODIFIES** the Report and Recommendation to make clear that Judge Tsuchida's conclusion and recommendation, as reflected in Judge Tsuchida's analysis and proposed order (Dkt. 56-1) and located at page 19, is that Defendant Zurich American Insurance Company's ("ZAIC") Motion for Partial Summary Judgment (Dkt. 46) be **GRANTED** and Plaintiff Charter Oak's Cross Motion for Summary Judgment

ORDER ON CROSS-MOTIONS - 1

(Dkt. 50) be **DENIED**.

(3) Defendant ZAIC's Motion for Partial Summary Judgment (Dkt. 46) is **GRANTED** and it is **ORDERED** that ZAIC is entitled to contribution from The Charter Oak Fire Insurance Company in the amount of $222,944.00.

(4)     Plaintiff Charter Oak's Cross Motion for Summary Judgment (Dkt. 50) is **DENIED**;

(5)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 31st day of October, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge