# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE CHARTER OAK FIRE INSURANCE COMPANY,

        Plaintiff,

    v.

ZURICH AMERICAN INSURANCE COMPANY,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.   2:21-cv-01344-RAJ-BAT

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS **ORDERED**:

    Court adopts R&R. Defendant Zurich American Insurance Company's Motion for Partial Summary Judgment (Dkt. 46) is **GRANTED** and Plaintiff Charter Oak's Cross Motion for Summary Judgment (Dkt. 50) is **DENIED**; The Charter Oak Fire Insurance Company shall pay the amount of $222,944.00 to Zurich American Insurance Company.

    Dated this 31st day of October, 2023.

                                            RAVI SUBRAMANIAN
                                            Clerk of the Court

                                            Samantha Spraker
                                            Deputy Clerk